UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUAN FIGUEROA,

                       Plaintiff,

     -against-                                         21 CIVIL 577 (KHP)

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated May 9, 2022, Plaintiff's motion for judgment on the pleadings is DENIED, and Defendant's motion for judgment on the pleadings is GRANTED.

**Dated:** New York, New York

       May 9, 2022

                                                           RUBY J. KRAJICK

                                                            Clerk of Court

                               BY:

                                                             **Deputy Clerk**